## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>      Plaintiff,<br><br>      Vs.<br><br>Sergio GARCIA<br>YOB: 1971<br>United States Citizen<br><br>      Defendant. | Date of Arrest: September 1, 2017<br><br>Magistrate's Case No. 17-1670MJ<br><br>COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1324(a)(1)(A)(ii) Transportation of Illegal Alien (Felony)<br>Count One |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about September 1, 2017, within the District of Arizona, Defendant SERGIO GARCIA, knowing or in reckless disregard of the fact that a certain alien, namely: Disney HERNANDEZ-Ducuara, had come to, entered, or remained in the United States in violation of law, did transport or move, or did attempt to transport or move, such alien within the United States by means of transportation or otherwise, in furtherance of such violation, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)(Felony).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Louis Uhl

Christopher Wright
Border Patrol Agent
United States Border Patrol


Sworn to before me and subscribed in my presence, September 5, 2017 at Yuma, Arizona.

David K. Duncan
United States Magistrate Judge

## STATEMENT OF FACTS

I, Christopher Wright, being duly sworn do state the following:

## DOME VALLEY, YUMA COUNTY, DISTRICT OF ARIZONA

Dome Valley, between the cities of Yuma (to the west) and Wellton (to the east), in Yuma County, Arizona, within the District of Arizona, is a rural agricultural area, located approximately 10 miles north of the fixed Immigration Checkpoint on Interstate 8 (I-8), east of Yuma. It is within the area of operation of United States Border Patrol, Yuma Sector, Wellton Station. In the collective experience of Border Patrol agents working the Dome Valley area, it is not typical for non-agricultural or non-local traffic to travel in this area, as it only connects Highway 95 to the small city of Wellton to the east. Smugglers operating both within the Yuma Sector and the adjacent El Centro Sector Areas of Responsibility, have for several years routinely utilized Dome Valley to circumvent the fixed immigration Border Patrol Checkpoint in the eastbound lanes of I-8, located at Mile Marker 17 (approximately 17-18 miles east of the California/Arizona border) in order to further the entry of illegal aliens and narcotics into the interior of the United States.

Smugglers circumvent the I-8 checkpoint in the following manner; vehicles attempting to circumvent the checkpoint generally gain access to the west side of Dome Valley via Highway 95 (either from the north or the south), and travel eastbound, until arriving at Old Highway 80. Old Highway 80 is a business route which parallels Interstate 8 for approximately 35 miles east of Dome Valley. From here, smugglers are able to use a number of entrances, all providing access to eastbound and westbound Interstate 8. The first entrance available to traffic near the east side of Dome Valley is near mile marker 21 on Interstate 8, which is approximately two to three miles east of the circumvented Border Patrol checkpoint. Once past the checkpoint, smugglers can continue their illegal activity with little to no interference from law enforcement until reaching the

Phoenix, Arizona metropolitan area, where they can continue to either Phoenix itself, or onward to Los Angeles, California via Interstate 10. For the last three years, Yuma Sector, Wellton Station (in whose area of operations Dome Valley entirely lies), has dedicated designated Border Patrol agents to routinely patrol the area. Over time, these agents have come to recognize local residents and vehicle traffic, and have also become attuned to the pace and rhythm of local traffic.

**DEFENDANT SERGIO GARCIA's PREVIOUS ENCOUNTERS WITH LAW ENFORCEMENT**

The defendant, Sergio GARCIA has an extensive criminal and alien-smuggling history. On or about February 7, 2000, GARCIA was convicted of several felony offenses involving weapons and narcotics, in Yuma County, Arizona, and sentenced to 3.5 years prison.

Several years later, it appears that GARCIA began engaging alien-smuggling activity. Internal Border Patrol records verify that Defendant Sergio GARCIA has a long history of arrests and encounters with Border Patrol agents, and has long been a suspected alien smuggler in both California and Arizona. On October 24, 2009, GARCIA was encountered by Yuma Sector, Blythe Station agents while transporting three illegal aliens in a rental vehicle, all of whom he claimed to have picked up at a gas station in Quartzsite, Arizona (a very small town near Blythe, California along Interstate 10). On May 18, 2010, Wellton Station, Yuma Sector agents encountered GARCIA near Interstate-8 in Yuma County, in proximity and suspected him of smuggling illegal aliens. On July 6, 2011, he was arrested by El Centro Sector, Calexico (CAX) Station agents, as the driver of a 2000 Ford Taurus and suspected as a scout vehicle for another vehicle transporting illegal aliens. He had $5,700.00 on his person, which agents suspected to be the proceeds of alien-smuggling. Days later, on July 19, 2011, Border Patrol agents again encountered GARCIA as a suspect in the transportation of aliens.

**DEFENDANT GARCIA's PREVIOUS PRESENCE IN DOME VALLEY**

At approximately 1515 on August 31, 2017 (the day prior to the instant arrest), Border Patrol Agents assigned to roving

patrol in Dome Valley observed and communicated the presence
of a red Ford Expedition with large chrome rims and low-
profile tires, traveling through Dome Valley.  Such vehicles
are rarely seen in Dome Valley by agents, and are not used
for the sort of agricultural work that characterizes
commercial activity in the area.  Moreover, agents did not
recognize the vehicle as native or local to Dome Valley.
Agents attempted to follow the red Ford Expedition and run
records checks on it.  However, at that point, the red Ford
Expedition began to operate in a highly unsafe manner,
conducting a hard right into a muddy and watery ditch.  Agents
at that point stopped following the red Ford Expedition due
to safety concerns.

**ARREST OF DEFENDANT SERGIO GARCIA AND SMUGGLED ALIEN DISNEY
HERNANDEZ-DUCUARA ON SEPTEMBER 1, 2017**

The following day, September 1, 2017, agents assigned roving
patrol duties in the Dome Valley area of responsibility
notified Yuma Sector Dispatch of the presence of a red 2005
Ford Expedition with Arizona Plates APM5983, near the
intersection of Avenue 21E and county 8th in Dome Valley.
Noting that the vehicle was unfamiliar to them, and not one
normally associated with agricultural work, agents'
suspicions were aroused.  Moreover, these agents recalled
that the day before, a suspicious vehicle was followed in
Dome Valley, but that agents were unable to interdict that
vehicle and lost track of it.  Agents observing the red Ford
Expedition questioned agents involved in the preceding day's
observations of the red Ford Expedition and were informed
that the vehicle in question the day before was in fact a red
Ford Expedition with rims that stood out.

Armed with this information, agents conducted a vehicle stop
of the red Ford Expedition in Dome Valley.  Agents noted only
two occupants in the vehicle.   The driver identified himself
to agents as Sergio GARCIA. GARCIA stated that he was a United
States Citizen, providing his driver license to agents. The
passenger gave her name as "Claudia Reyna DE LA MORA" (agents
later verified her true identity as Disney HERNANDEZ-Ducuara,
and she is hereinafter referred to as HERNANDEZ, instead of
her alias).   She claimed to agents that she was a United
States Citizen, providing them a photo copy of a California

Identification card and a birth certificate as proof of her citizenship.

Both GARCIA and HERNANDEZ provided inconsistent and contradictory information to agents, who suspected them both of being untruthful.  Agents arrested and transported both individuals to Yuma Sector, Wellton Border Patrol Station for further investigation and processing.  At the station, agents learned of GARCIA's above-detailed extensive criminal and alien-smuggling history.  Agents confirmed that HERNANDEZ was a citizen of Colombia and had entered the United States on August 31, 2017 (the previous day) via the Calexico, California Port of Entry.  They also learned that she had been removed from the United States on one prior occasion.

**SMUGGLED ALIEN DISNEY HERNANDEZ-DUCUARA's IMMIGRATION HISTORY, ILLEGAL ENTRY INTO THE UNITED STATES FROM COLOMBIA AND SUBSEQUENT TRANSPORT WITHIN THE UNITED STATES**

HERNANDEZ explained to agents that, on August 27, 2017, she took a commercial airliner from her native Colombia to Mexicali, Mexico, where she randomly inquired locals how could she could be smuggled into the United States.  She eventually purchased the false documents which she provided to agents upon her arrest and successfully used them to gain fraudulent entry into the United States via the pedestrian lanes of the Calexico, California Port of Entry.  Once in Calexico, HERNANDEZ made arrangements to be transported to a house in what agents determined to be Yuma, Arizona.  She claimed that she subsequently met up with a man who transported her from that home until the time of their arrest by Border Patrol agents.  HERNANDEZ positively identified her driver as GARCIA from a six-photo lineup as the driver of the vehicle in which she was transported.

Based upon the above facts, there is probable cause to believe
that Defendant Sergio GARCIA committed the charged offense.

_____

Christopher Wright
United States Border Patrol Agent


Sworn to before me and subscribed in my presence, September
5, 2017, at Yuma, Arizona.

_____

David K. Duncan
United States Magistrate Judge

**Weekend Probable Cause Statement**

I, Christopher Wright, being duly sworn do state the following:

**DOME VALLEY, YUMA COUNTY, DISTRICT OF ARIZONA**

Dome Valley, between the cities of Yuma (to the west) and Wellton (to the east), in Yuma County, Arizona, within the District of Arizona, is a rural agricultural area, located approximately 10 miles north of the fixed Immigration Checkpoint on Interstate 8 (I-8), east of Yuma. It is within the area of operation of United States Border Patrol, Yuma Sector, Wellton Station. In the collective experience of Border Patrol agents working the Dome Valley area, it is not typical for non-agricultural or non-local traffic to travel in this area, as it only connects Highway 95 to the small city of Wellton to the east. Smugglers operating both within the Yuma Sector and the adjacent El Centro Sector Areas of Responsibility, have for several years routinely utilized Dome Valley to circumvent the fixed immigration Border Patrol Checkpoint in the eastbound lanes of I-8, located at Mile Marker 17 (approximately 17-18 miles east of the California/Arizona border) in order to further the entry of illegal aliens and narcotics into the interior of the United States.

Smugglers circumvent the I-8 checkpoint in the following manner; vehicles attempting to circumvent the checkpoint generally gain access to the west side of Dome Valley via Highway 95 (either from the north or the south), and travel eastbound, until arriving at Old Highway 80. Old Highway 80 is a business route which parallels Interstate 8 for approximately 35 miles east of Dome Valley. From here, smugglers are able to use a number of entrances, all providing access to eastbound and westbound Interstate 8. The first entrance available to traffic near the east side of Dome Valley is near mile marker 21 on Interstate 8, which is approximately two to three miles east of the circumvented Border Patrol checkpoint. Once past the checkpoint, smugglers can continue their illegal activity with little to no interference from law enforcement until reaching the Phoenix, Arizona metropolitan area, where they can continue

to either Phoenix itself, or onward to Los Angeles, California via Interstate 10. For the last three years, Yuma Sector, Wellton Station (in whose area of operations Dome Valley entirely lies), has dedicated designated Border Patrol agents to routinely patrol the area. Over time, these agents have come to recognize local residents and vehicle traffic, and have also become attuned to the pace and rhythm of local traffic.

## DEFENDANT SERGIO GARCIA's PREVIOUS ENCOUNTERS WITH LAW ENFORCEMENT

The defendant, Sergio GARCIA has an extensive criminal and alien-smuggling history. On or about February 7, 2000, GARCIA was convicted of several felony offenses involving weapons and narcotics, in Yuma County, Arizona, and sentenced to 3.5 years prison.

Several years later, it appears that GARCIA began engaging alien-smuggling activity. Internal Border Patrol records verify that Defendant Sergio GARCIA has a long history of arrests and encounters with Border Patrol agents, and has long been a suspected alien smuggler in both California and Arizona. On October 24, 2009, GARCIA was encountered by Yuma Sector, Blythe Station agents while transporting three illegal aliens in a rental vehicle, all of whom he claimed to have picked up at a gas station in Quartzsite, Arizona (a very small town near Blythe, California along Interstate 10). On May 18, 2010, Wellton Station, Yuma Sector agents encountered GARCIA near Interstate-8 in Yuma County, in proximity and suspected him of smuggling illegal aliens. On July 6, 2011, he was arrested by El Centro Sector, Calexico (CAX) Station agents, as the driver of a 2000 Ford Taurus and suspected as a scout vehicle for another vehicle transporting illegal aliens. He had $5,700.00 on his person, which agents suspected to be the proceeds of alien-smuggling. Days later, on July 19, 2011, Border Patrol agents again encountered GARCIA as a suspect in the transportation of aliens.

## DEFENDANT GARCIA's PREVIOUS PRESENCE IN DOME VALLEY

At approximately 1515 on August 31, 2017 (the day prior to the instant arrest), Border Patrol Agents assigned to roving patrol in Dome Valley observed and communicated the presence

of a red Ford Expedition with large chrome rims and low-profile tires, traveling through Dome Valley. Such vehicles are rarely seen in Dome Valley by agents, and are not used for the sort of agricultural work that characterizes commercial activity in the area. Moreover, agents did not recognize the vehicle as native or local to Dome Valley. Agents attempted to follow the red Ford Expedition and run records checks on it. However, at that point, the red Ford Expedition began to operate in a highly unsafe manner, conducting a hard right into a muddy and watery ditch. Agents at that point stopped following the red Ford Expedition due to safety concerns.

**ARREST OF DEFENDANT SERGIO GARCIA AND SMUGGLED ALIEN DISNEY HERNANDEZ-DUCUARA ON SEPTEMBER 1, 2017**

The following day, September 1, 2017, agents assigned roving patrol duties in the Dome Valley area of responsibility notified Yuma Sector Dispatch of the presence of a red 2005 Ford Expedition with Arizona Plates APM5983, near the intersection of Avenue 21E and county 8th in Dome Valley. Noting that the vehicle was unfamiliar to them, and not one normally associated with agricultural work, agents' suspicions were aroused. Moreover, these agents recalled that the day before, a suspicious vehicle was followed in Dome Valley, but that agents were unable to interdict that vehicle and lost track of it. Agents observing the red Ford Expedition questioned agents involved in the preceding day's observations of the red Ford Expedition and were informed that the vehicle in question the day before was in fact a red Ford Expedition with rims that stood out.

Armed with this information, agents conducted a vehicle stop of the red Ford Expedition in Dome Valley. Agents noted only two occupants in the vehicle. The driver identified himself to agents as Sergio GARCIA. GARCIA stated that he was a United States Citizen, providing his driver license to agents. The passenger gave her name as "Claudia Reyna DE LA MORA" (agents later verified her true identity as Disney HERNANDEZ-Ducuara, and she is hereinafter referred to as HERNANDEZ, instead of her alias). She claimed to agents that she was a United States Citizen, providing them a photo copy of a California Identification card and a birth certificate as proof of her citizenship.

Both GARCIA and HERNANDEZ provided inconsistent and contradictory information to agents, who suspected them both of being untruthful. Agents arrested and transported both individuals to Yuma Sector, Wellton Border Patrol Station for further investigation and processing. At the station, agents learned of GARCIA's above-detailed extensive criminal and alien-smuggling history. Agents confirmed that HERNANDEZ was a citizen of Colombia and had entered the United States on August 31, 2017 (the previous day) via the Calexico, California Port of Entry. They also learned that she had been removed from the United States on one prior occasion).

**SMUGGLED ALIEN DISNEY HERNANDEZ-DUCUARA's IMMIGRATION HISTORY, ILLEGAL ENTRY INTO THE UNITED STATES FROM COLOMBIA AND SUBSEQUENT TRANSPORT WITHIN THE UNITED STATES**

HERNANDEZ explained to agents that, on August 27, 2017, she took a commercial airliner from her native Colombia to Mexicali, Mexico, where she randomly inquired locals how could she could be smuggled into the United States. She eventually purchased the false documents which she provided to agents upon her arrest and successfully used them to gain fraudulent entry into the United States via the pedestrian lanes of the Calexico, California Port of Entry. Once in Calexico, HERNANDEZ made arrangements to be transported to a house in what agents determined to be Yuma, Arizona. She claimed that she subsequently met up with a man who transported her from that home until the time of their arrest by Border Patrol agents. HERNANDEZ positively identified her driver as GARCIA from a six-photo lineup as the driver of the vehicle in which she was transported.

Based on the foregoing, there is probably cause to believe that GARCIA committed the offense as alleged in the Complaint.

Executed on: 09/03/2017          Time: 0900

Signed:

Christopher K. Wright
Border Patrol Agent

Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of four pages, I find probable cause to believe that the defendant named therein committed the offense on the date 09/1/2017, in violation of Title 8 USC 1324.

Finding Made on: Date____9/3/2017____

Time____11:31am____

Signed:_____Eswillett_____

Eileen S. Willett
United States Magistrate Judge